UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LAWRENCE YOUNG,

                       Plaintiff,                      *Civil Action No.*

-against-                                1:22-cv-06248-AT

WOLF & SHEPHERD, INC.,

                       Defendant.

---------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

      PLEASE TAKE NOTICE that Plaintiff, **LAWRENCE YOUNG** and Defendant, **WOLF & SHEPHERD, INC.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

      Dated: November 30, 2022

                                                        By:_____
                                                          Bradly G. Marks
                                                         The Marks Law Firm, PC
                                                         155 E 55th Street, Suite 6A
                                                         New York, NY 10022
                                                         T:(646) 770-3775